**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. **06-cv-2204-JLK**

**PROTECTIVE LIFE INSURANCE COMPANY**,

      Plaintiffs,

   v.

**DENISE LINK, INDIA N. HALLIBURTON-LINK,
NOAH D. HALLIBURTON-LINK, and
TANZY J. HALLIBURTON-LINK,**

      Defendants.

**ORDER DIRECTING INTERPLEADER AND PAYMENT OF FUNDS,
AND ORDER OF DISCHARGE OF PLAINTIFF**

THE COURT, having reviewed the Joint Motion for Interpleader of Funds, Request for Order of Payment to Defendant Denise Link and Request for Order of Discharge of Plaintiff (doc. #10), filed June 29, 2007, and being fully advised in the premises, FINDS that good cause has been found therefore;

IT IS THEREFORE ORDERED AS FOLLOWS:

1) That Protective Life is directed to deposit the proceeds of Policy No. PL0820533, in the amount of $225,000.00, plus interest provided by law, with the Court;

2) That the Clerk of the Court shall pay the proceeds of the Policy in the amount of $225,000.00, plus interest provided by law, to Defendant Denise Link, as Custodian for India N. Halliburton-Link, Noah D. Halliburton-Link and Tanzy J. Halliburton-Link, under the Colorado Uniform Transfers to Minors Act; and

3) That Plaintiff, Protective Life Insurance Company, is discharged from all further liability under or relating to the Policy and Protective Life is dismissed from this action with prejudice.

Dated this 29th day of June, 2007.

> BY THE COURT:
>
> *S/John L. Kane*
> JOHN L. KANE, SENIOR JUDGE
> UNITED STATES DISTRICT COURT